RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 5 / 22 / 12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

DONRICO HUMPHREY CIVIL ACTION NO. 2:11-cv-1495
BOP #28050-044

VS. SECTION P

 JUDGE TRIMBLE

LT. CHILDRESS, ET AL MAGISTRATE JUDGE KAY

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the plaintiff's civil rights complaint be **DENIED AND DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted in accordance with 28 U.S.C.1915A(b)(1).

Signed in chambers in Lake Charles, Louisiana, this 22nd day of May, 2012.

 JAMES T. TRIMBLE, JR.
 U.S. DISTRICT JUDGE